IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08–cv–01226–EWN–CBS

ACTSOFT, INC.,

    Plaintiff,

v.

ALCOHOL MONITORING SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pending before the court is a Motion to Withdraw (*doc. no. 6*).

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. Attorney Michele Christine PIttman-Gellis is relieved of any further representation of *Defendant* in the above captioned matter. The Clerk of Court is instructed to remove Ms. Gellis from the electronic certificate of mailing.

Parties are advised that pursuant to D.C. COLO. ECF. PROC. V.E.3, this court does not permit the substitution of counsel.

**DATED:** June 16, 2008